441 A.2d 440

Norman, etc. v. Norman, etc., Appellant.
Reargument Denied March 3, 1982.

Argued November 12, 1980. Charles A. Schneider, for appellant; Michael J. Visnosky, for appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.